Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Theodore Lee Owens                                    Docket No. 05-00202-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Theodore Lee Owens, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 27th day of February 2006, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessment imposed by the judgement are fully paid.
- Defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
- Defendant shall not commit another federal, state, or local crime.
- Defendant shall not unlawfully possess a controlled substance.
- Defendant shall refrain from any unlawful use of controlled substance and shall refrain from the use of alcohol.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- Defendant shall not possess a firearm or destructive device.
- Defendant shall submit to urinalysis, as directed by the probation officer and shall participate in a substance abuse treatment program, id deemed necessary.

| | |
|---|---|
| 02-27-06: | Possession of a Firearm by a Convicted Felon; 60 months' imprisonment to be followed by 5- years supervised release. |
| 04-27-09: | Released to supervision; Currently supervised by U.S. Probation Officer Verne Howard, Jr. |
| 02-11-10: | Modified conditions of supervised release ordering the defendant to reside at the residential re-entry center, Renewal Inc., until released by the probation officer, but not to exceed 180 days. |

US DISTRICT COURT CLERK  2010 JUN 17 PM 3:05  FILED

U.S.A. vs. Theodore Lee Owens
Docket No. 05-00202-001
Petition on Supervised Release
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**Defendant shall be required to reside at the residential re-entry center, Renewal Inc., until released by the probation officer.**

**Defendant shall refrain from any unlawful use of controlled substance ans shall refrain from the use of alcohol.**

While at the Renewal Center the defendant incurred several program violations which included the following: positive intake alcolyser and urinalysis, not gaining employment on time, not returning to the center on time, display of inappropriate behavior and testing positive on May 3, 2010 for marijuana as well as alcohol consumption on May 4, 2010. On May 7, 2010, the defendant was unsuccessfully discharged for noted program violations.

Prior to the defendant's placement at the Renewal Center he tested positive on January 28, 2010, and February 2, 2010, for marijuana.

**Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

**Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

**Defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

On May 7, 2010,upon his discharge from the Renewal Center, during a telephone conversation with the defendant, this officer directed him to report to the U.S. Probation Office on May 13, 2010. He failed to report. Additionally, Mr. Owens has not submitted Monthly Supervision Reports for December 2009, January 2010, February 2010, March 2010, April 2010 and May 2010. Furthermore, on May 29, 2010, this probation officer, along with U.S. Probation Eric Lawson went to the defendant's last known address and was informed by his grandmother, Myrna Allen that he does not reside at her home nor has she spoke with him.

U.S.A. vs. Theodore Lee Owens
Docket No. 05-00202-001
Petition on Supervised Release
Page 2

PRAYING THAT THE COURT WILL ORDER a bench warrant be issued for the arrest of the supervised releasee for alleged violation of supervision and that bond be set at _____.

By A U.S Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 21ST day of June, 2010 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on June 9, 2010

_____
Verne Howard, Jr.
U.S. Probation Officer

_____ for
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania
_____